UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KATHERYN SWENSON                         CIVIL ACTION NO. 15-cv-2042

VERSUS                                   JUDGE FOOTE

ELDORADO CASINO SHREVEPORT               MAGISTRATE JUDGE HORNSBY
JOINT VENTURE

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 12) is **DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _16th_ day of _March_, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE